IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES V. CAICO,

     Plaintiff,                   No. CIV S-02-1608 MCE GGH P

    vs.

D.L. RUNNEL, et al.,

     Defendants.             <u>ORDER</u>

_____/

        On May 3, 2005, plaintiff filed a declaration. All applications to the court for orders must be made by motion. Fed. R. Civ. P. 7(b). To the extent the declaration contains a request for a court order, it is disregarded for failing to comply with Rule 7(b).

        Accordingly, IT IS HEREBY ORDERED that plaintiff's May 3, 2005, declaration is disregarded.

DATED: 6/7/05

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

cai1608.den

1