1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                 FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11   JAMES V. CAICO,                    2:02-cv-1608-MCE-GGH-P

12           Plaintiff,

13      v.                              <u>ORDER</u>

14   D.L. RUNNELS, ET AL.,

15           Defendants.
     _____/

16

17       Plaintiff, a state prisoner proceeding pro se, has filed

18   this civil rights action seeking relief under 42 U.S.C. § 1983.

19   The matter was referred to a United States Magistrate Judge

20   pursuant to 28 U.S.C. § 636(b)(1)(B) and Local General Order No.

21   262.

22       On October 31, 2005, the magistrate judge filed Findings and

23   Recommendations herein which were served on all parties and which

24   contained notice to all parties that any objections to the

25   findings and recommendations were to be filed within twenty (20)

26   days.

1

Plaintiff has filed Objections to the Findings and

Recommendations.

In accordance with the provisions of 28 U.S.C.

§ 636(b)(1)(C) and Local Rule 72-304, this Court has conducted a

de novo review of this case.  Having carefully reviewed the

entire file, the Court finds the Findings and Recommendations to

be supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED that:

1.  The Findings and Recommendations filed October 31, 2005,

are adopted in full; and

2.  The Motion to Dismiss filed June 3, 2005, on behalf of

Defendants Taylor-Thomas and Johnson is granted.

DATED: January 6, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE