IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

SACRAMENTO DIVISION

| | |
|---|---|
| **JAMES V. CAICO,** | 2:02-CV-1608 MCE GGH P |
| Plaintiff, | **ORDER** |
| v. | |
| **D. L. RUNNELLS, et al.,** | |
| Defendants. | |

Plaintiff was a state prisoner prosecuting this civil rights action without counsel. Pursuant to the schedule made August 22, 2005, Plaintiff's pretrial statement is due May 5, 2006, Defendants' pretrial statement is due May 19, 2006, Pretrial Conference is set for May 26, 2006, and trial is set for August 23, 2006.  Since Defendants' motion for summary judgment is pending, the above dates are vacated.  Upon resolution of Defendants' motion, an amended scheduling order will be issued.

Dated: 3/3/06

/s/ Gregory G. Hollows
_____
UNITED STATES MAGISTRATE JUDGE

cai1608.vac

*[Proposed] Order*

1