1

2

3

4

5

6

7

8                               IN THE UNITED STATES DISTRICT COURT

9                           FOR THE EASTERN DISTRICT OF CALIFORNIA

10    JAMES V. CAICO,

11            Plaintiff,                          No. CIV S-02-1608 MCE GGH P

12        vs.

13    D.L. RUNNELS, et al.,

14            Defendants.                 ORDER

15    _____/

16            On January 10, 2006, the court recommended that defendant Nun, formerly

17    identified as defendant Lun, be dismissed on grounds that plaintiff was unable to provide

18    sufficient information in order to effect service of this defendant.  On February 24, 2006, plaintiff

19    filed objections.  Plaintiff states that he believes that he can now obtain the information necessary

20    to serve this defendant.

21            Good cause appearing, the January 10, 2006, findings and recommendations are

22    vacated.  Plaintiff is granted sixty days to obtain this information.

23            Accordingly, IT IS HEREBY ORDERED that:

24            1.  The January 10, 2006, findings and recommendations are vacated;

25            2. The Clerk of the Court is directed to send to plaintiff 1 USM-285 form, along

26    with an instruction sheet and a copy of the complaint filed October 2, 2002;

1       3.  Within sixty days from the date of this order, plaintiff shall complete and

2   submit the attached Notice of Submission of Documents to the court, with the following

3   documents:

4           a.  One completed USM-285 form for each defendant;

5           b.  Two copies of the endorsed complaint filed October 2, 2002; and

6           c.  One completed summons form (if not previously provided).

7   DATED: 3/6/06                                   /s/ Gregory G. Hollows
                                            _____
8                                           GREGORY G. HOLLOWS
                                            UNITED STATES MAGISTRATE JUDGE
9

10

11
    ggh:kj
12  cai1608.ord

13

14

15

16

17

18

19

20

21

22

23

24

25

26

1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                    FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JAMES V. CAICO,

11          Plaintiff,                          No. CIV S-02-1608 MCE GGH P

12       vs.

13   D.L. RUNNEL, et al.,                       NOTICE OF SUBMISSION

14          Defendants.                         OF DOCUMENTS

15   _____/

16          Plaintiff hereby submits the following documents in compliance with the court's

17   order filed _____ :

18            1      completed summons form

19            1      completed USM-285 forms

20            2      copies of the _____
                                   Complaint/Amended Complaint

21   DATED:

22

23                                       _____
                                          Plaintiff
24

25

26