IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES V. CAICO,

       Plaintiff,                    No. CIV S-02-1608 MCE GGH P

    vs.

D.L. RUNNELS, et al.,

       Defendants.         <u>ORDER</u>

_____/

        Plaintiff has requested an extension of time to file and serve his objections to the March 29, 2006 findings and recommendations. Good cause appearing, IT IS HEREBY ORDERED that:

        1. Plaintiff's April 17, 2006 motion for an extension of time is granted; and

        2. Plaintiff is granted thirty days from the date of this order in which to file and serve his objections to the March 29, 2006 findings and recommendations.

DATED: 4/24/06

                                    /s/ Gregory G. Hollows

                                    GREGORY G. HOLLOWS
                                    UNITED STATES MAGISTRATE JUDGE

GGH:bb
caic1608.36(2)