IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES V. CAICO,

      Plaintiff,                      No. CIV S-02-1608 MCE GGH P

   vs.

D.L. RUNNELS, et al.,

      Defendants.           ORDER

_____/

        On June 6, 2006, the court recommended that defendant Nun be dismissed. On June 27, 2006, plaintiff filed a response to the findings and recommendations. In this pleading, plaintiff requests that defendant Nun be dismissed. The court construes this as a request to voluntarily dismiss defendant Nun.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. The June 6, 2006, findings and recommendations are vacated;

        2. Plaintiff's request to dismiss defendant Nun is granted; defendant Nun is dismissed. Fed. R. Civ. P. 41(a).

DATED: 8/9/06

                                /s/ Gregory G. Hollows

ca1608.59                          GREGORY G. HOLLOWS
                                    UNITED STATES MAGISTRATE JUDGE